Entered on Docket
April 21, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 20, 2005

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No: 04-30329 TC |
| BRENDA K. CAMPBELL and RICKEY A. CAMPBELL, | Chapter 13 |
| Debtors. | Date: February 11, 2005<br>Time: 9:30 a.m.<br>Place: 235 Pine St., 23rd Fl.<br>San Francisco, CA |

### MEMORANDUM RE DEBTORS' OBJECTION TO ATTORNEYS FEES OF WACHTER INVESTMENT, INC.

A hearing was held at the above date and time on Debtors' objection to the secured claim filed in this case by Wachter Investment, Inc. ("Creditor") on October 28, 2005 in the amount of $50,415.39 ("Claim"). Thomas R. Burns appeared for Debtor. Benjamin R. Levinson ("Counsel") appeared for Creditor.

The Claim includes attorneys fees in the amount of $1,425 ("Fees") and costs in the amount of $191.20 ("Costs"). Debtors' objected to the Fees and Costs as unreasonable, and asked the court to deny them in their entirety or to review them for reasonableness. At the conclusion of the hearing, the parties submitted to the court for decision the reasonableness of the Fees.

MEMORANDUM RE DEBTORS' OBJECTION TO
ATTORNEYS FEES OF WACHTER INVESTMENT, INC.
-1-

The court has reviewed the Fees, and determines that $950 is a reasonable amount for the following tasks, based on Counsel's reasonable hourly rate of $250: (1) $700 for reviewing documents and drafting Creditor's motion for stay relief ("Motion") and (2) $250 for appearing at the hearing on the Motion, drafting a letter to Creditor, and drafting a stipulation and order on the Motion. I determine that the remaining $475 in Fees are unreasonable for the following reasons. First, the Motion and hearing thereon were uncomplicated, especially given Debtors' stipulation to provide adequate protection. Second, Counsel has more than twenty years experience as a lawyer. Third, $100 of the $475 relates to Claimant's use of two separate law firms to handle the Motion and related stipulation, which were apparently drafted by Counsel and signed and filed by a separate law firm (Moss Pite & Duncan). Debtors should not pay for Claimant's use of two law firms for this uncomplicated matter.

I determine that the Costs, which represent the filing fee for the Motion and a charge for appearing telephonically at the hearing thereon, are reasonable.

**\*\*END OF MEMORANDUM\*\***

**MEMORANDUM RE DEBTORS' OBJECTION TO**
**ATTORNEYS FEES OF WACHTER INVESTMENT, INC.**

-2-

**Court Service List**

Thomas R. Burns
Law Offices of Thomas R. Burns
703 Market St. #1109
San Francisco, CA 94103

Brenda K. Campbell
Rickey A. Campbell
189 Topeka Ave.
San Francisco, CA 94124

Benjamin R. Levinson
Law office of Benjamin R. Levinson
46 N. Second Street, Suite A
Campbell CA 95008

David Burchard
P.O. Box 8059
Foster City, CA 94404

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

-3-